```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
_____

FRED ADKINS,

                Petitioner,

                                              No. 9:05-CV-522
        vs.                               (FJS/VEB)

GARY GREENE,

                Respondent.
_____

APPEARANCES:                          OF COUNSEL

FRED ADKINS
*Pro Se*
#95-B-1619
Clinton Correctional Facility
PO Box 2001
Dannemora, NY 12929

HON. ANDREW M. CUOMO         ALYSON J. GILL, ESQ.
OFFICE OF THE ATTORNEY GENERAL  ASSISTANT ATTORNEY GENERAL
STATE OF NEW YORK
120 BROADWAY
NEW YORK, NY 10271

**FREDERICK J. SCULLIN, JR., S.J.**

## **DECISION AND ORDER**

    Currently before the Court is Magistrate Judge Victor E. Bianchini's June 24, 2008 Report-Recommendation to which the parties have filed no objections. Having reviewed that Report and Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed June 24, 2008 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS** that petitioner's application for a writ of habeas corpus is **DENIED** and **DISMISSED,** and the Court further

**ORDERS** that the Clerk of the Court enter judgment in favor of the respondent and against the petitioner and close this case.

**IT IS SO ORDERED.**

**Dated:** August 4, 2008
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge